

MINUTE ENTRY
JUDGE BARBIER
MAY 30, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMUNITY ASSOCIATES, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-117 |
| CITY OF NEW ORLEANS | SECTION: J |

A preliminary conference is presently set in the above captioned matter on June 1, 2000 at 11a.m.

IT IS ORDERED that this matter be **CONTINUED** to Thursday, **JULY 13, 2000 at 10:45 a.m. IN CHAMBERS (C-316).**

DATE OF ENTRY
MAY 3 0 2000

