```
                                               FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2000 JUL 14  AM 8:51

                                           LORETTA G. WHYTE
                                                CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JULY 13, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMUNITY ASSOCIATES, INC. | CIVIL ACTION |
| versus | NUMBER 00-0117 |
| CITY OF NEW ORLEANS | SECTION "J" (1) |

A settlement conference is scheduled in the above-captioned case on Monday, August 28, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before August 24, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to **someone with full settlement authority.**

DATE OF ENTRY
JUL 1 4 2000

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

Fee _____
Process _____
X Dktd _____
___ CtRmDep
Doc.No. _____