```
                                        FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 AUG 29  AM 8:34

                                    LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 28, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMUNITY ASSOCIATES, INC. | CIVIL ACTION |
| versus | NUMBER 00-0117 |
| CITY OF NEW ORLEANS | SECTION "J" (1) |

      A settlement conference was scheduled on August 28, 2000. Prior to the conference, counsel advised the case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 29 2000

```
___Fee___
___Process___
_X_Dktd___
___CtRmDep___
Doc.No.__10__
```