

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 29 PM 4:17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMUNITY ASSOCIATES, INC. | CIVIL ACTION |
| VERSUS | NUMBER 00-0117 |
| CITY OF NEW ORLEANS | SECTION "J" (1) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 29TH day of August, 2000.

DATE OF ENTRY
AUG 3 0 2000

UNITED STATES DISTRICT JUDGE

___Fee___
___Process___
_X_ Dktd
___CtRmDep
___Doc.No._11_