UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COMMUNITY ASSOCIATES, INC. | * | CIVIL ACTION |
| versus | * | NO: 00-0117 |
| CITY OF NEW ORLEANS | * | SECTION "J" |
| | * | MAGISTRATE "1" |

\* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel comes plaintiff, **Community Associates, Inc. (hereinafter sometimes referred to as "Plaintiff" and/or "Community")**, who moves the Court, pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss this suit with prejudice, because the parties have consummated a settlement.

**FOR THE FOREGOING REASONS,** Communist Associates, Inc. respectfully submits that the civil action herein should be dismissed, with prejudice, with each party to bear their own costs.

RESPECTFULLY SUBMITTED,

GERARD G. METZGER (APLC)

DATE OF ENTRY
NOV 2 0 2000

_Christy Berg_
GERARD G. METZGER
LA. BAR ASSOC. # 9468
CHRISTY R. BERGERON- OF COUNSEL
LA. BAR ASSOC. #22944
ELK PLACE PROFESSIONAL PLAZA
144 ELK PLACE, SUITE 1710
NEW ORLEANS, LA 70112

Telephone: (504) 525-1586
Facsimile: (504) 561-8166

**ATTORNEYS FOR
COMMUNITY ASSOCIATES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record by depositing a copy of same in the U.S. mail, properly addressed and first class postage pre-paid this 15th day of November, 2000.

*/s/ Christy Bergeron*
CHRISTY R. BERGERON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COMMUNITY ASSOCIATES, INC.** | * | CIVIL ACTION |
| versus | * | NO: ~~99-0290~~ 00-0117 |
| **CITY OF NEW ORLEANS** | * | SECTION "J" |
| | * | MAGISTRATE "1" |

\* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Dismiss with Prejudice,

**IT IS ORDERED** that Civil Action No. 00-0117 be dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this ___17___ day of November, 2000.

_____
JUDGE

3